AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of OHIO

United States of America
v.

STEVEN E. RITTER
*Defendant*

Case No. 1:17mj274

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STEVEN E. RITTER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:2251(a) PRODUCTION OF CHILD PORNOGRAPHY

Date: 04/25/2017

*Issuing officer's signature*

City and state: CINCINNATI, OHIO

KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 4-25-17, and the person was arrested on *(date)* 4-25-17
at *(city and state)* Cincinnati, OH.

Date: 4-25-17

*Arresting officer's signature*

Jonathan Jones - Special Agent FBI
*Printed name and title*